■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MYRNA ALTRECHE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered December 13, 1988, convicting her of criminal possession of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence. The appeal brings up for review the denial, without a hearing, of that branch of the defendant's omnibus motion which was to suppress evidence.

Ordered that the judgment is affirmed.

Since the defendant failed to make a sufficient prima facie factual showing in her motion papers to warrant a *Mapp* suppression hearing, the Supreme Court properly denied that branch of her omnibus motion *(see, People v Reynolds,* 71 NY2d 552; *People v Covington,* 144 AD2d 238; *People v Gill,* 138 AD2d 738).

The sentence imposed was not unduly harsh or excessive *(see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.